DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOWE WILLIAMS** and **REBECCA WILLIAMS,**
Appellants,

v.

**BADGER METER, INC.,**
Appellee.

No. 4D19-1198

[May 28, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 56-2014-CA-000776-ONXXX.

Jeffrey D. Vastola of Vastola Legal, Palm Beach Gardens, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***